# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF MINNESOTA.

JAMES M. FONDA v. ST. PAUL CITY RAILWAY COMPANY.

April 16, 1898.

Nos. 10,881[1]—(262).[2]

**G. S. 1894, § 5517—Construction.**
  G. S. 1894, § 5517, construed by the court, upon a motion to remit the case without payment of costs because of the inability of respondent to pay them. [Reporter.]

A motion having been made in the above entitled case, reported 71 Minn. 438, to remit without payment of costs, the following opinion was filed on April 16, 1898:

PER CURIAM.

  This is a motion under G. S. 1894, § 5517, to remit this case without payment of costs, on the ground that the respondent is unable to pay them. Our construction of the statute is that, whether the costs in any given case shall be paid as a condition precedent to remitting the case and its further prosecution in the court below, is a question exclusively for this court. If the case is remitted without the costs being paid, no matter whether it is on the application of the respondent or appellant, it goes down for further proceedings in accordance with the opinion of this court, without reference to the question whether the costs have been paid or not. Now it was admitted on the hearing of this motion that this case has already been, on the application of appellant, the prevailing party, remitted without payment of the costs, therefore it is un-

---

necessary for us to consider the question whether we have jurisdiction to recall the remittitur and hear this motion on its merits.

Motion denied.